PS 8
(12/04)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 25 2010

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Danielle Crawford        Docket No.        2:09CR06086-001

### Petition for Action on Conditions of Pretrial Release

COMES NOW David McCary, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Danielle Crawford who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the Court at Spokane, WA, on the 25th day of November 2009, under the following conditions:

<u>Condition #5</u>: Defendant shall not possess a firearm, destructive device or other dangerous weapon.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

<u>Violation #1</u>: Danielle Crawford is considered in violation of her period of pretrial supervision by possessing a firearm on or prior to February 20, 2010, in the Eastern District of Washington.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/24/2010

by    s/David L. McCary

David L. McCary
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[✓] The Issuance of a <u>Warrant</u>
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

02-24-2010
Date