PROB 12C
(7/93)

# United States District Court

### for the

### Eastern District of Washington

Report Date: January 4, 2012

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 14 2012

JAMES R. LARSEN, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Danielle Crawford                     Case Number: 2:09CR06086-001

Address of Offender:                     Richland, WA  99352

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence:  7/9/2010

Original Offense:       Manufacture Counterfeit Federal Reserve Notes, 18 U.S.C. § 471 & 2

Original Sentence:      Prison - 12 Months; TSR - 36      Type of Supervision:  Supervised Release
                        Months

Asst. U.S. Attorney:    Earl A. Hicks                     Date Supervision Commenced:  1/27/2011

Defense Attorney:       Kailey E. Moran                   Date Supervision Expires:  1/26/2014

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Danielle Crawford is considered in violation of her period of supervised release in the Eastern District of Washington by committing the offense of forgery on or prior to November 17, 2011.<br><br>The defendant was charged in Benton County Superior Court under case number 11-1-01322-1, with four counts of forgery. The investigation began in August of 2011, and culminated in November of 2011. Reports indicated the defendant worked with several other individuals to manufacture fake currency. The defendant also personally passed multiple bills. She is currently incarcerated at the Benton County Jail. |
| 2 | **Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: Danielle Crawford is considered in violation of her period of supervised release in the Eastern District of Washington by possessing methamphetamine on or prior to November 17, 2011. |

Prob12C
Re: Crawford, Danielle
December 30, 2011
Page 2

As noted above, the defendant was arrested on November 17, 2011, after allegedly manufacturing and passing fake monies. During the arrest, officers searched the defendant's purse and located two glass pipes with white residue. The defendant was charged with possessing methamphetamine under case number PC11Y0862, after the residue was tested and found to be methamphetamine. The defendant admitted she had smoked methamphetamine just days prior.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 4, 2012

s/David L. McCary

David L. McCary
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Edward F. Shea*
Signature of Judicial Officer

February 14, 2012
Date